| | |
|---|---|
| **SAXENA WHITE P.A.**<br>Maya Saxena<br>Joseph E. White, III<br>Lester R. Hooker (241590)<br>150 E. Palmetto Park Road, Suite 600<br>Boca Raton, FL 33432<br>Telephone: (561) 394-3399<br>Facsimile: (561) 394-3382<br>E-mail: msaxena@saxenawhite.com<br>         jwhite@saxenawhite.com<br>         lhooker@saxenawhite.com<br><br>-and-<br><br>Steven B. Singer<br>10 Bank Street, 8th Floor<br>White Plains, NY 10606<br>Telephone: (914) 437-8551<br>Facsimile: (888) 631-3611<br>E-mail: ssinger@saxenawhite.com<br><br>*Lead Counsel for Lead Plaintiff and the Proposed Class* | **KAPLAN FOX & KILSHEIMER LLP**<br>Justin B. Farar (SBN 211556)<br>12400 Wilshire Boulevard, Suite 820<br>Los Angeles, CA 90025<br>Telephone: 310.575.8604<br>Facsimile: 310.444.1913<br>E-mail: jfarar@kaplanfox.com<br><br>-and-<br><br>Laurence D. King (SBN 206423)<br>Mario M. Choi (SBN 243409)<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>Telephone: 415.772.4700<br>Facsimile: 415.772.4707<br>Email: lking@kaplanfox.com<br>       mchoi@kaplanfox.com<br><br>*Liaison Counsel for Lead Plaintiff and the Proposed Class* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON D. MILBECK, on behalf of himself and all others similarly situated<br><br>   Plaintiff,<br><br>vs.<br><br>TRUECAR, INC., et al.,<br><br>   Defendants. | No. 2:18-cv-02612-SVW<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF JUSTIN B. FARAR IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date: May 13, 2019<br>Time: 1:30 p.m.<br>Courtroom: 10A<br>Honorable Stephen V. Wilson |

Case No. 2:18-cv-02612-SVW
DECLARATION OF JUSTIN B. FARAR ISO MOTION FOR CLASS CERTIFICATION

I, Justin B. Farar, declare and state as follows:

1. I am an attorney with the law firm of Kaplan Fox & Kilsheimer LLP, liaison counsel for Lead Plaintiff Oklahoma Police Pension and Retirement Fund ("Plaintiff") and the proposed class. I am a member of good standing of the bar of California, and am admitted to practice in this district. I respectfully submit this declaration in support of Plaintiffs' Motion for Class Certification.

2. Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Chad Coffman, CFA, dated March 8, 2019.

3. Attached hereto as Exhibit B is a true and correct copy of the firm resume of Saxena White P.A.

4. Attached hereto as Exhibit C is a true and correct copy of the firm resume of Kaplan Fox & Kilsheimer LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 8th of March, 2019 in Los Angeles, California.

By: /s/ *Justin B. Farar*
Justin B. Farar

- 1 -   Case No. 2:18-cv-02612-SVW
DECLARATION OF JUSTIN B. FARAR ISO MOTION FOR CLASS CERTIFICATION

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I HEREBY CERTIFY that, on March 8, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 8, 2019.

*/s/ Justin B. Farar*
Justin B. Farar (SBN 211556)