**SAXENA WHITE P.A.**
Lester R. Hooker (SBN 241590)
Maya Saxena
Joseph E. White, III
150 E. Palmetto Park Road, Suite 600
Boca Raton, FL 33432
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
E-mail: msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

-and-

Steven B. Singer
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
E-mail: ssinger@saxenawhite.com

*Lead Counsel for Lead Plaintiff and the Class*

**KAPLAN FOX & KILSHEIMER LLP**
Justin B. Farar (SBN 211556)
12400 Wilshire Boulevard
Suite 820
Los Angeles, CA 90025
Telephone: (310)575-8604
Facsimile: (310)444-1913
E-mail: jfarar@kaplanfox.com

-and-

Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415)772-4700
Facsimile: (415)772-4707
Email: lking@kaplanfox.com
mchoi@kaplanfox.com

*Liaison Counsel for Lead Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

LEON D. MILBECK, on behalf of himself and all others similarly situated

Plaintiff,

vs.

TRUECAR, INC., *et al.*,

Defendants.

No. 2:18-cv-02612-SVW

CLASS ACTION

**DECLARATION OF JUSTIN B. FARAR IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' PRODUCTION OF SLACK DATA AND TEXT MESSAGES**

Courtroom: 550
Honorable Alicia G. Rosenberg

I, Justin B. Farar, declare and state as follows:

1. I am an attorney with the law firm of Kaplan Fox & Kilsheimer LLP, liaison counsel for Lead Plaintiff Oklahoma Police Pension and Retirement Fund ("Plaintiff") and the proposed class. I am a member of good standing of the bar of California and am admitted to practice in this district. I respectfully submit this declaration in support of Lead Plaintiff's Motion to Compel Defendants' Production of Slack Data and Text Messages.

2. Attached hereto as Exhibit 1 is a true and correct copy of a document produced in this matter by Defendant TrueCar Inc. ("TrueCar"), Bates stamped TRUE00216092.

3. Attached hereto as Exhibit 2 is a true and correct copy of a document produced by TrueCar in this matter, Bates stamped TRUE00217461.

4. Attached hereto as Exhibit 3 is a true and correct copy of a document produced by TrueCar in this matter, Bates stamped TRUE000078008.

5. Attached hereto as Exhibit 4 is a true and correct copy of a document produced by TrueCar in this matter, Bates stamped TRUE000023948.

6. Attached hereto as Exhibit 5 is a true and correct copy of a document produced by TrueCar in this matter, Bates stamped TRUE000094841.

7. Attached hereto as Exhibit 6 is a true and correct copy of a document produced by TrueCar in this matter, Bates stamped TRUE000415387.

8. Attached hereto as Exhibit 7 is a true and correct copy of a document produced by TrueCar in this matter, Bates stamped TRUE000210833.

9. Attached hereto as Exhibit 8 is a true and correct copy of a document produced by TrueCar in this matter, Bates stamped TRUE000760431.

10. Attached hereto as Exhibit 9 is a true and correct copy of a document produced by TrueCar in this matter, Bates stamped TRUE000116437.

11. Attached hereto as Exhibit 10 is a true and correct copy of a document produced by TrueCar in this matter, Bates stamped TRUE000265929.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 26th of April, 2019 in Los Angeles, California.

By: /s/ *Justin B. Farar*
Justin B. Farar

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO THE CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07:**

I HEREBY CERTIFY that, on April 26, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all registered users. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 26, 2019.

/s/ *Justin B. Farar*
Justin B. Farar