BORIS FELDMAN, State Bar No. 128838
JEROME F. BIRN, JR., State Bar No. 128561
CATHERINE E. MORENO, State Bar No. 264517
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: boris.feldman@wsgr.com
       jbirn@wsgr.com
       cmoreno@wsgr.com

NICHOLAS R. MILLER, State Bar No. 274243
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW
Washington, D.C. 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899
Email: nmiller@wsgr.com

Attorneys for TrueCar, Inc. and
Individual Defendants

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LEON D. MILBECK, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUECAR, INC. et al.,<br><br>Defendants. | CASE NO.: 2:18-CV-02612-SVW-AGR<br><br>**DECLARATION OF CATHERINE MORENO IN SUPPORT OF DEFENDANTS' UNOPPOSED APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Local Rule 79-5.2.2<br><br>Honorable Stephen V. Wilson |

I, Catherine Moreno, declare:

1. I am an attorney licensed to practice law in the State of California and am Member of the law firm Wilson Sonsini Goodrich & Rosati P.C., counsel for Defendants TrueCar, Inc. ("TrueCar"), Michael Guthrie, Victor Perry, John Pierantoni, Abhishek Agrawal, Robert Buce, Christopher Claus, Steven Dietz, John Krafcik, Erin Lantz, Wesley Nichols and Ion Yadigaroglu (collectively, "Defendants") in this matter. I respectfully submit this Declaration in support of Defendants' Unopposed Application for Leave to File Under Seal for Exhibits 9-15, in support of Defendants' Memorandum of Points and Authorities in Opposition to Plaintiff's Motion to Compel ("Opposition"), and redacted parts of Defendants' Opposition that reference or draw information from such materials (together, the "Confidential Materials").

2. Defendants have filed an Application pursuant to Civil Local Rule 79-5.2.2 to file under seal:

| Document | Portions to be Filed Under Seal |
|---|---|
| Defendants' Opposition to Plaintiff's Motion to Compel | As highlighted in the version filed herewith, portions of pages: tables, 5-7 |
| Exhibit 9 | Entire Document |
| Exhibit 10 | Entire Document |
| Exhibit 11 | Entire Document |
| Exhibit 12 | Entire Document |
| Exhibit 13 | Entire Document |
| Exhibit 14 | Entire Document |
| Exhibit 15 | Entire Document |

3. On April 24, 2019, I discussed the Confidential Materials with Plaintiff's counsel and requested that Plaintiffs file under seal any documents

produced by Defendants to date.  On April 25, 2019, I indicated that Defendants intended to file the present Application and file under seal any documents produced by Defendants to date.

4. The referenced portions of Defendants' Opposition to Plaintiff's Motion to Compel are confidential because they describe or quote portions of Exhibits 9-15 that are confidential.

5. Exhibits 9-14 are documents TrueCar believes contain confidential communications between TrueCar and one of its partners, United Services Automobile Association ("USAA") that are protected under the non-disclosure terms of an existing agreement.  A declaration from Scott Watkinson, Deputy General Counsel, Senior Vice President at TrueCar, which addresses these issues, is being filed concurrently with this Application.

6. Exhibit 15 is a document TrueCar believes contain references to certain internal sensitive business information of TrueCar.  A declaration from Scott Watkinson, Deputy General Counsel, Senior Vice President at TrueCar, which addresses these issues, is being filed concurrently with this Application.

7. Exhibits 9-15 are documents designated CONFIDENTIAL by Defendants pursuant to the parties' Stipulated Protective Order, ECF No. 111.

8. Sealed versions of these documents will be filed electronically on CM/ECF with this Application.  Unsealed versions of these documents will be submitted conditionally under seal with this Application.  The sealed and unsealed versions of these documents will be concurrently provided to the Court and served on Plaintiff.

I declare under penalty of perjury under the laws of United States of America, that to the best of my knowledge, the foregoing is true and correct.

Executed this 26th day of April 2019 in Palo Alto, California.

By:   /s/ Catherine Moreno
           Catherine Moreno

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4(a)(2)**

I, Jerome F. Birn Jr., am the ECF User whose identification and password are being used to file this document.  In compliance with Civil Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories have concurred in this filing.

Dated: April 26, 2019                              */s/ Jerome F. Birn, Jr.*
                                                                   Jerome F. Birn, Jr.