1  BORIS FELDMAN, State Bar No. 128838
   JEROME F. BIRN, JR., State Bar No. 128561
2  CATHERINE E. MORENO, State Bar No. 264517
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   Email: sschatz@wsgr.com
6         boris.feldman@wsgr.com
          jbirn@wsgr.com
7         cmoreno@wsgr.com

8  NICHOLAS R. MILLER, State Bar No. 274243
   WILSON SONSINI GOODRICH & ROSATI
9  Professional Corporation
   1700 K Street NW
10 Washington, D.C. 20006
   Telephone: (202) 973-8800
11 Facsimile: (202) 973-8899
   Email: nmiller@wsgr.com

13 Attorneys for TrueCar, Inc. and
   Individual Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEON D. MILBECK, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUECAR, INC. et al.,<br><br>Defendants. | CASE NO.: 2:18-CV-02612-SVW-AGR<br><br>**DECLARATION OF SCOTT WATKINSON IN SUPPORT OF DEFENDANTS' UNOPPOSED APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Local Rule 79-5.2.2<br><br>Honorable Stephen V. Wilson |

I, Scott Watkinson, declare as follows:

1. I am Deputy General Counsel, Vice President at Defendant TrueCar, Inc. ("TrueCar"). I respectfully submit this Declaration in support of Defendants' Unopposed Application for Leave to File Under Seal for Exhibits 9-15, in support of Defendants' Memorandum of Points and Authorities in Opposition to Plaintiff's Motion to Compel ("Opposition"), and redacted parts of Defendants' Opposition that reference or draw information from such materials. I declare that the following statements are true to the best of my knowledge, information, and belief, formed after a thorough inquiry. If called to testify, I could and would testify competently thereto.

2. I believe that certain documents attached as exhibits in support of Defendants' Opposition to Plaintiff's Motion to Compel should be filed only under seal, for the reasons set forth below.

3. I have reviewed the documents, which contain communications between TrueCar and one of its partners, United Services Automobile Association ("USAA"). TrueCar goes to considerable lengths to protect the confidentiality of its partner relationships. Protecting the confidentiality of such information is integral to TrueCar's business and its ability to maintain its partner relationships. TrueCar is also bound to protect confidential information under the terms of an existing Services & Maintenance Agreement with USAA. Disclosure of this information could implicate TrueCar's confidentiality obligations under this agreement. There are also documents that contain references to internal sensitive business information. Publication of such information could potentially impact TrueCar's relationships and negotiations with its partners, including USAA, and be used against TrueCar by its competitors. Accordingly, I believe the documents containing confidential information and internal sensitive business information should be filed under seal and also be redacted from parts of Defendants'

1  Opposition to Plaintiff's Motion to Compel that reference or draw information
2  from such documents.
3      I declare under penalty of perjury under the laws of the United States of
4  America that the foregoing is true and correct to the best of my knowledge and
5  belief.  Executed this 26th day of April, 2019, in Santa Monica, California.

*Scott Watkinson*