BORIS FELDMAN, State Bar No. 128838
JEROME F. BIRN, JR., State Bar No. 128561
CATHERINE E. MORENO, State Bar No. 264517
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: boris.feldman@wsgr.com
       jbirn@wsgr.com
       cmoreno@wsgr.com

NICHOLAS R. MILLER, State Bar No. 274243
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW
Washington, D.C. 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899
Email: nmiller@wsgr.com

Attorneys for TrueCar, Inc. and
Individual Defendants

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LEON D. MILBECK, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUECAR, INC. et al.,<br><br>Defendants. | CASE NO.: 2:18-CV-02612-SVW-AGR<br><br>**DECLARATION OF CATHERINE MORENO IN SUPPORT OF APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Local Rule 79-5.2.2<br><br>Honorable Stephen V. Wilson |

I, Catherine Moreno, declare:

1. I am an attorney licensed to practice law in the State of California and am Member of the law firm Wilson Sonsini Goodrich & Rosati P.C., counsel for Defendants TrueCar, Inc. ("TrueCar"), Michael Guthrie, Victor Perry, John Pierantoni, Abhishek Agrawal, Robert Buce, Christopher Claus, Steven Dietz, John Krafcik, Erin Lantz, Wesley Nichols and Ion Yadigaroglu (collectively, "Defendants") in this matter. I respectfully submit this Declaration in support of Plaintiff's Unopposed Application for Leave to File Under Seal (ECF No. 121). Specifically, for Plaintiff's request for leave to file under seal Exhibits 1-10, in support of Plaintiff's Memorandum of Points and Authorities in Support of Motion to Compel Defendants' Production of Slack Data and Text Messages ("Plaintiff's Motion") and redacted parts of Plaintiff's Motion that reference or draw information from such materials (together, the "Confidential Materials").

2. Pursuant to Civil Local Rule 79-5.2.2, Defendants seek to maintain under seal:

| Document | Portions to be Filed Under Seal |
|---|---|
| Plaintiff's Memorandum of Points and Authorities in Support of Motion to Compel Defendants' Production of Slack Data and Text Messages | As highlighted in the version filed herewith, portions of pages: 1, 2, and 7-11. |
| Exhibit 1 | Entire Document |
| Exhibit 2 | Entire Document |
| Exhibit 3 | Entire Document |
| Exhibit 4 | Entire Document |
| Exhibit 5 | Entire Document |
| Exhibit 6 | Entire Document |
| Exhibit 7 | Entire Document |
| Exhibit 8 | Entire Document |

| Exhibit 9 | Entire Document |
|---|---|
| Exhibit 10 | Entire Document |

3. As stated in the Declaration of Scott Watkinson in support of Plaintiff's Unopposed Application for Leave to File Under Seal, TrueCar believes it is necessary to maintain the Confidential Materials under seal because (i) Exhibits 6, 7, and 9 contain confidential communications between TrueCar and one of its partners, United Services Automobile Association ("USAA") that are protected under the non-disclosure terms of an existing agreement; and (ii) Exhibits 1-5, 8, and 10 contain references to certain internal sensitive business information of TrueCar.

4. Exhibits 1-10 are documents designated CONFIDENTIAL by Defendants pursuant to the parties' Stipulated Protective Order, ECF No. 111.

5. Accordingly, compelling reasons exist to maintain the Confidential Materials under seal. *See, e.g.*, *Dobrosky v. Arthur J. Gallagher Serv. Co.*, No. EDCV 13-0646 JGB (SPx), 2015 U.S. Dist. Lexis 68252, at *11 (C.D. Cal. May 18, 2015) (stating that "'compelling reasons' may exist if sealing is required to prevent judicial documents from being used as sources of business information that might harm a litigant's competitive standing.") (citations omitted); *see also In re LDK Solar Sec. Litig.*, 255 F.R.D. 519, 524 n.2 (N.D. Cal. 2009).

I declare under penalty of perjury under the laws of United States of America, that to the best of my knowledge, the foregoing is true and correct.

Executed this 30th day of April 2019 in Palo Alto, California.

By: /s/ Catherine Moreno
Catherine Moreno

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4(a)(2)**

I, Jerome F. Birn Jr., am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories have concurred in this filing.

Dated: April 30, 2019        */s/ Jerome F. Birn, Jr.*
                             Jerome F. Birn, Jr.