BORIS FELDMAN, State Bar No. 128838
JEROME F. BIRN, JR., State Bar No. 128561
CATHERINE E. MORENO, State Bar No. 264517
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: boris.feldman@wsgr.com
       jbirn@wsgr.com
       cmoreno@wsgr.com

NICHOLAS R. MILLER, State Bar No. 274243
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW
Washington, D.C. 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899
Email: nmiller@wsgr.com

Attorneys for TrueCar, Inc. and
Individual Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEON D. MILBECK, on behalf of himself and all other similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRUECAR, INC. et al.,<br><br>　　　　Defendants. | CASE NO.: 2:18-CV-02612-SVW-AGR<br><br>**DEFENDANTS' UNOPPOSED APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Local Rule 79-5.2.2<br><br>Honorable Alicia G. Rosenberg |

1  Pursuant to Civil Local Rule 79-5.2.2, Defendants TrueCar, Inc. ("TrueCar"), Michael Guthrie, Victor Perry, John Pierantoni, Abhishek Agrawal, Robert Buce, Christopher Claus, Steven Dietz, John Krafcik, Erin Lantz, Wesley Nichols and Ion Yadigaroglu (collectively, "Defendants") respectfully submit this Unopposed Application for Leave to File Under Seal (i) Exhibits 1 and 3-14, which Defendants submit in support of their Memorandum of Points and Authorities in Support of Defendants' Motion to Compel ("Memorandum"), and (ii) redacted parts of Defendants' Memorandum that reference or draw information from such materials (together, the "Confidential Materials").

## BASIS FOR APPLICATION

On April 15, 2019, the Court issued an Order entering the parties' Stipulated Protective Order in this action. *See* ECF No. 111. Pursuant to the Stipulated Protective Order, a party may designate documents that contain information protected under Fed. R. Civ. P. 26(c)(1)(G) as Confidential. *Id.* §§ 2.2, 2.4. The Stipulated Protective Order also states that materials designated as Confidential may only be disclosed to non-parties specifically identified in Section 7.2. *Id.* § 7.2(a)-(i).

The materials that Defendants seek to file under seal have either been designated Confidential by Lead Plaintiff Oklahoma Police Pension and Retirement Fund ("Plaintiff") or reflect information previously designated as Confidential by Plaintiff. Plaintiff has not consented to filing these materials as part of the public record and has specifically requested that Defendants file all such materials under seal in connection with Defendants' Memorandum. In accordance with Civil Local Rule 79-5.2.2, Defendants are filing the Confidential Materials under seal, so as to allow Plaintiff the opportunity to submit a declaration establishing that all or part of the designated materials are sealable. Defendants therefore request that the Court grant leave to file under seal the following materials:

| Document | Portions to be Filed Under Seal |
|---|---|
| Memorandum of Points and Authorities in Support of Defendants' Motion to Compel | As highlighted in the version filed herewith, portions of pages: 3-4, 8 |
| Exhibit 1 | Entire Document |
| Exhibit 3 | Entire Document |
| Exhibit 4 | Entire Document |
| Exhibit 5 | Entire Document |
| Exhibit 6 | Entire Document |
| Exhibit 7 | Entire Document |
| Exhibit 8 | Entire Document |
| Exhibit 9 | Entire Document |
| Exhibit 10 | Entire Document |
| Exhibit 11 | Entire Document |
| Exhibit 12 | Entire Document |
| Exhibit 13 | Entire Document |
| Exhibit 14 | Entire Document |

**CONCLUSION**

Defendants respectfully request that the Court grant their Application for Leave to File Under Seal.

Dated: May 6, 2019

By: /s/ Jerome F. Birn, Jr.

Jerome F. Birn, Jr.
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811