**SAXENA WHITE P.A.**
Maya Saxena
Joseph E. White, III
Lester R. Hooker (241590)
Dianne M. Anderson (286199)
150 E. Palmetto Park Road, Suite 600
Boca Raton, FL 33432
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
E-mail: msaxena@saxenawhite.com
      jwhite@saxenawhite.com
      lhooker@saxenawhite.com
      danderson@saxenawhite.com

[Additional Counsel on Signature Page]

*Lead Counsel for Lead Plaintiff and the Class*

**WILSON SONSINI GOODRICH & ROSATI, PC**
Boris Feldman (128838)
Jerome F. Birn, Jr. (128561)
Catherine E. Moreno (264517)
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: boris.feldman@wsgr.com
      jbirn@wsgr.com
      cmoreno@wsgr.com

Nicholas R. Miller (274243)
1700 K Street NW
Washington, D.C. 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899
Email: Nmiller@wsgr.com

*Attorneys for Defendants TrueCar, Inc. and the Individual Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON D. MILBECK, on behalf of himself and all others similarly situated<br><br>      Plaintiff,<br><br> vs.<br><br>TRUECAR, INC., et al.,<br><br>      Defendants. | No. 2:18-cv-02612-SVW-AGR<br><br><u>CLASS ACTION</u><br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Honorable Stephen V. Wilson |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Lead Plaintiff, Oklahoma Police Pension and Retirement Fund ("Lead Plaintiff"), and Defendant TrueCar, Inc. and the Individual Defendants (collectively, "Defendants"), by and through their undersigned counsel, hereby announce that the parties in the above captioned action have reached an agreement in principle to settle the outstanding claims in this action.

The parties will expeditiously negotiate the terms of the stipulation of settlement and the parties anticipate that Lead Plaintiff will file a motion for preliminary approval of the settlement by August 2, 2019. Accordingly, the parties respectfully request that the Court vacate all remaining deadlines and pending motions in this action, including Defendants' Motion to Compel (Dkt. No. 148).

Respectfully submitted,

Dated: July 3, 2019  **KAPLAN FOX & KILSHEIMER LLP**

By: */s/   Justin B. Farar*

Justin B. Farar (SBN 211556)
12400 Wilshire Boulevard
Suite 820
Los Angeles, CA 90025
Telephone: 310.575.8604
Facsimile: 310.444.1913
Email: jfarar@kaplanfox.com

-and-

Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415.772.4700
Facsimile: 415.772.4707
Email: lking@kaplanfox.com
         mchoi@kaplanfox.com

Robert N. Kaplan (admitted *pro hac vice*)
Jeffrey P. Campisi (admitted *pro hac vice*)
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: rkaplan@kaplanfox.com
       jcampisi@kaplanfox.com

*Liaison Counsel for Lead Plaintiff and the Class*

**SAXENA WHITE P.A.**
Maya Saxena
Joseph E. White, III
Lester R. Hooker (241590)
Dianne M. Anderson (286199)
150 E. Palmetto Park Road, Suite 600
Boca Raton, FL 33432
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
E-mail: msaxena@saxenawhite.com
        jwhite@saxenawhite.com
        jhooker@saxenawhite.com
        danderson@saxenawhite.com

-and-

Steven B. Singer
Kyla Grant
Sara DiLeo
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone:  (914) 437-8551
Facsimile:  (888) 631-3611
E-mail: ssinger@saxenawhite.com
        kgrant@saxenawhite.com
        sdileo@saxenawhite.com

*Lead Counsel for Lead Plaintiff and the Class*

| | |
|---|---|
| Dated: July 3, 2019 | **WILSON SONSINI GOODRICH & ROSATI, PC** |

By: */s/*   *Jerome F. Birn*

Boris Feldman, State Bar No. 128838
Jerome F. Birn, Jr., State Bar No. 128561
Catherine E. Moreno, State Bar No. 264517
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: boris.feldman@wsgr.com
          jbirn@wsgr.com
           cmoreno@wsgr.com

          -and-

Nicholas R. Miller, State Bar No. 274243
1700 K Street NW
Washington, D.C. 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899
Email: Nmiller@wsgr.com

*Attorneys for Defendants Truecar, Inc. and the Individual Defendants*

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

This certifies, pursuant to Local Rule 5-4.3.4, that all signatories to this document concur in its content and have authorized this filing.

Executed on July 3, 2019, in Los Angeles, California.

*/s/ Justin B. Farar*
Justin B. Farar

Case No. 2:18-CV-2612-SVW-AGR