**SAXENA WHITE P.A.**
Maya Saxena
Joseph E. White, III
Lester R. Hooker (241590)
150 E. Palmetto Park Road, Suite 600
Boca Raton, FL 33432
Telephone:   (561) 394-3399
Facsimile:    (561) 394-3382
E-mail: msaxena@saxenawhite.com
            jwhite@saxenawhite.com
            lhooker@saxenawhite.com

-and-

Steven B. Singer
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone:   (914) 437-8551
Facsimile:    (888) 631-3611
E-mail: ssinger@saxenawhite.com

*Lead Counsel for Lead Plaintiff and the Class*

**KAPLAN FOX & KILSHEIMER LLP**
Justin B. Farar (211556)
12400 Wilshire Boulevard
Suite 820
Los Angeles, CA 90025
Telephone: 310.575.8604
Facsimile: 310.444.1913
E-mail: jfarar@kaplanfox.com

-and-

Laurence D. King (206423)
Mario M. Choi (243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415.772.4700
Facsimile: 415.772.4707
Email: lking@kaplanfox.com
            mchoi@kaplanfox.com

*Liaison Counsel for Lead Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON D. MILBECK, on behalf of himself and all others similarly situated<br><br>    Plaintiff,<br><br>    vs.<br><br>TRUECAR, INC., et al.,<br><br>    Defendants. | No. 2:18-cv-02612-SVW-AGR<br><br>CLASS ACTION<br><br>**NOTICE AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:    September 16, 2019<br>Time:    1:30 p.m.<br>Place:   Courtroom 10A<br>Judge:   Hon. Stephen V. Wilson |

PLEASE TAKE NOTICE that Lead Plaintiff Oklahoma Police Pension and Retirement Fund ("Lead Plaintiff") hereby moves the Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an Order: (1) granting preliminary approval of the proposed settlement (the "Settlement"), on the terms set forth in the Stipulation of Settlement and the exhibits attached thereto, dated August 2, 2019 (the "Stipulation," submitted herewith); (2) directing that potential Settlement Class Members be given notice of the proposed Settlement in substantially the same form and manner set forth in the Stipulation; (3) setting a hearing date for the Court to consider final approval of the proposed Settlement; and (4) setting a schedule for various events related thereto.[1]

Pursuant to Local Rule 7-3, and as set forth in the Stipulation, Lead Counsel has met and conferred with counsel for Defendants, and Defendants do not oppose this motion. The Parties do not believe a hearing is necessary on this unopposed motion for preliminary approval of the Settlement and may be submitted on the papers. Should a hearing be requested by the Court, this motion is noticed for hearing at 1:30 p.m. on September 16, 2019, or at the Court's convenience, before the Honorable Stephen V. Wilson of the United States District Court for the Central District of California, First Street Courthouse, 350 W. 1st Street, Courtroom 10A, 10th Floor, Los Angeles, California 90012.

///
///
///
///
///

---

[1] Unless otherwise stated or defined, all capitalized terms used herein shall have the meanings provided in the Stipulation.

In support of this Unopposed Motion, Lead Plaintiff relies on the Stipulation and the exhibits attached thereto and the Memorandum of Points and Authorities in Support of the Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement.

Dated: August 2, 2019                     Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

By: */s/     Justin B. Farar*
Justin B. Farar (SBN 211556)
12400 Wilshire Boulevard
Suite 820
Los Angeles, CA 90025
Telephone: 310.575.8604
Facsimile: 310.444.1913
Email: jfarar@kaplanfox.com

-and-

Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415.772.4700
Facsimile: 415.772.4707
Email: lking@kaplanfox.com
           mchoi@kaplanfox.com

Robert N. Kaplan (admitted *pro hac vice*)
Jeffrey P. Campisi (admitted *pro hac vice*)
Jason A. Uris (admitted *pro hac vice*)
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: rkaplan@kaplanfox.com
           jcampisi@kaplanfox.com
           juris@kaplanfox.com

*Liaison Counsel for Lead Plaintiff and the Class*

**SAXENA WHITE P.A.**
Maya Saxena
Joseph E. White, III
Lester R. Hooker (241590)
Dianne M. Pitre (286199)
150 E. Palmetto Park Road, Suite 600
Boca Raton, FL 33432

```
Telephone:  (561) 394-3399
Facsimile:  (561) 394-3382
E-mail:     msaxena@saxenawhite.com
            jwhite@saxenawhite.com
            lhooker@saxenawhite.com
            dpitre@saxenawhite.com
```

-and-

Steven B. Singer
Kyla Grant
Sara DiLeo
10 Bank Street, 8th Floor
White Plains, NY 10606
```
Telephone:  (914) 437-8551
Facsimile:  (888) 631-3611
E-mail:     ssinger@saxenawhite.com
            kgrant@saxenawhite.com
            sdileo@saxenawhite.com
```

*Lead Counsel for Lead Plaintiff Oklahoma Police Pension and Retirement Fund and the Class*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I HEREBY CERTIFY that, on August 2, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 2, 2019.

*/s/ Justin B. Farar*