| | |
|---|---|
| **SAXENA WHITE P.A.**<br>Maya Saxena<br>Joseph E. White, III<br>Lester R. Hooker (241590)<br>7777 Glades Road, Suite 300<br>Boca Raton, FL 33434<br>Telephone:  (561) 394-3399<br>Facsimile:   (561) 394-3382<br>E-mail: msaxena@saxenawhite.com<br>           jwhite@saxenawhite.com<br>           lhooker@saxenawhite.com<br><br>-and-<br><br>Steven B. Singer<br>10 Bank Street, 8th Floor<br>White Plains, NY 10606<br>Telephone:  (914) 437-8551<br>Facsimile:   (888) 631-3611<br>E-mail: ssinger@saxenawhite.com<br><br>*Lead Counsel for Lead Plaintiff and the Class* | **KAPLAN FOX & KILSHEIMER LLP**<br>Justin B. Farar (211556)<br>12400 Wilshire Boulevard<br>Suite 820<br>Los Angeles, CA 90025<br>Telephone: 310.575.8604<br>Facsimile: 310.444.1913<br>E-mail: jfarar@kaplanfox.com<br><br>-and-<br><br>Laurence D. King (206423)<br>Mario M. Choi (243409)<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Telephone: 415.772.4700<br>Facsimile: 415.772.4707<br>Email: lking@kaplanfox.com<br>           mchoi@kaplanfox.com<br><br>*Liaison Counsel for Lead Plaintiff and the Class* |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON D. MILBECK, on behalf of himself and all others similarly situated<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TRUECAR, INC., et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-02612-SVW-AGR<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**<br><br>Date:　　January 27, 2020<br>Time:　　1:30 p.m.<br>Place:　　Courtroom 10A<br>Judge:　　Hon. Stephen V. Wilson |

1  PLEASE TAKE NOTICE that Lead Plaintiff and Class Representative Oklahoma Police Pension and Retirement Fund hereby moves the Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an Order granting final approval of: (1) the proposed settlement (the "Settlement") on the terms set forth in the Stipulation and Agreement of Settlement ("Stipulation") and exhibits thereto, dated August 2, 2019 (Dkt. No. 172); and (2) the Plan of Allocation of the Settlement proceeds.

Pursuant to Local Rule 7-3, and as set forth in the Stipulation of Settlement, Lead Counsel has met and conferred with counsel for Defendants, and Defendants do not oppose this motion.

Pursuant to the Court's Order entered on October 15, 2019 (Dkt. No. 174), this Motion is set for hearing on January 27, 2020, at 1:30 p.m., before the Honorable Stephen V. Wilson of the United States District Court for the Central District of California, Courtroom 10A of the First Street Courthouse, 350 W. 1st Street, 10th Floor, Los Angeles, CA 90012.

This Motion is based upon the accompanying Memorandum of Points and Authorities in Support of Motion for Final Approval of Proposed Class Action Settlement, submitted herewith; the Declaration of Lester R. Hooker in Support of Lead Plaintiff's Motion For Final Approval of Class Action Settlement, the Plan of Allocation, and Request for Attorneys' Fees and Expenses and the exhibits thereto, submitted herewith; the Stipulation and the accompanying exhibits attached therewith; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

A proposed order granting final approval of the class action settlement will be submitted with Lead Plaintiff's reply in further support of this motion.

Dated: December 23, 2019

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

By: /s/   Justin B. Farar

Justin B. Farar (SBN 211556)
12400 Wilshire Boulevard
Suite 820
Los Angeles, CA 90025
Telephone: 310.575.8604
Facsimile: 310.444.1913
Email: jfarar@kaplanfox.com

-and-

Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
1999 Harrison Street, Suite 1560
Oakland, California 94612
Telephone: 415.772.4700
Facsimile: 415.772.4707
Email: lking@kaplanfox.com
       mchoi@kaplanfox.com

Robert N. Kaplan (admitted *pro hac vice*)
Jeffrey P. Campisi (admitted *pro hac vice*)
Jason A. Uris (admitted *pro hac vice*)
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: rkaplan@kaplanfox.com
       jcampisi@kaplanfox.com
       juris@kaplanfox.com

*Liaison Counsel for Lead Plaintiff and the Class*

**SAXENA WHITE P.A.**
Maya Saxena
Joseph E. White, III
Lester R. Hooker (241590)
Dianne M. Pitre (286199)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone:  (561) 394-3399
Facsimile:   (561) 394-3382
E-mail:      msaxena@saxenawhite.com
             jwhite@saxenawhite.com
             lhooker@saxenawhite.com
             dpitre@saxenawhite.com

-and-

Steven B. Singer
Kyla Grant
Sara DiLeo
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
E-mail: ssinger@saxenawhite.com
kgrant@saxenawhite.com
sdileo@saxenawhite.com

*Lead Counsel for Lead Plaintiff Oklahoma Police Pension and Retirement Fund and the Class*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I HEREBY CERTIFY that, on December 23, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 23, 2019.

*/s/ Justin B. Farar*