UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-02612-SVW-AGR | Date | January 27, 2020 |
|---|---|---|---|
| Title | Leon D. Milbeck v. Truecar, Inc. et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Anne Kielwasser | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Justin B. Farar<br>Lester Hooker<br>Robert Kaplan | Jerome Birn |

**Proceedings:**  [177] MOTION for Settlement Approval of Class Action (Final Approval) filed by Lead Plaintiff Oklahoma Police Pension and Retirement Fund; [178] MOTION for Settlement Approval of Class Action (Final Approval) CORRECTION OF DOCKET #177 filed by Lead Plaintiff Oklahoma Police Pension and Retirement Fund; [179] MOTION for Settlement Approval of Class Action (Final Approval) CORRECTION OF DOCKET #177 & #178 filed by Lead Plaintiff Oklahoma Police Pension and Retirement Fund; [180] MOTION for Attorney Fees and Reimbursement of Litigation Expenses filed by Lead Plaintiff Oklahoma Police Pension and Retirement Fund

Hearing held.  The settlement is approved.  Order to issue.

|  | : | 08 |
|---|---|---|
|  | Initials of Preparer | PMC |